| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys for Secured Creditor<br>**PNC Bank NA**<br><br>Sindi Mncina (237862017) | Case No.: 11-31351-CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |
| **In Re:**<br><br>Michael D. Kowlachik,<br><br>Debtor. | |

Order Filed on May 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER DIRECTING REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: May 1, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtors: Michael D. Kowlachik
Case No.: 11-31351-CMG
Caption of Order: **Order Directing Redaction of Personal Information**

___

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on November 16, 2011, as Claim 5-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.