|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys for Secured Creditor<br>**PNC Bank NA**<br><br>Sindi Mncina (237862017)<br><br>**In Re:**<br><br>Michael D. Kowlachik,<br><br>Debtor. | Case No.: 11-31351-CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |

Order Filed on May 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER DIRECTING REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: May 1, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtors: Michael D. Kowlachik
Case No.: 11-31351-CMG
Caption of Order: **Order Directing Redaction of Personal Information**

___

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on November 16, 2011, as Claim 5-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael D. Kowlachik  
    Debtor

Case No. 11-31351-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 02, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.  
db          +Michael D. Kowlachik,   137 Maddock Avenue,   Hamilton, NJ 08610-3513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:  
        Albert Russo (NA)   on behalf of Trustee Albert Russo docs@russotrustee.com  
        Andrea Dobin   ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
        Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Donald Quigley   on behalf of Debtor Michael D. Kowlachik lawoffices@quigleyfayette.com, donaldquigley.dq@gmail.com  
        Kevin C. Fayette   on behalf of Debtor Michael D. Kowlachik kfayette@kevinfayette.com  
        Melissa N. Licker   on behalf of Creditor   CitiMortgage, Inc NJ_ECF_Notices@buckleymadole.com  
        Sindi Mncina   on behalf of Creditor   PNC Bank, National Association smncina@rascrane.com  
                                                                                                             TOTAL: 7